BENJAMIN B. WAGNER
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

DEC 03 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00237 LJO SKO |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO UNSEAL INDICTMENT |
| v. | |
| AARON BARTON, | |
| Defendant. | |

    The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal as the defendant has been arrested.

    Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: December 3, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1

1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:14-CR-00237 LJO SKO
13 |              Plaintiff,          | ORDER TO UNSEAL INDICTMENT
14 |        v.                        |
15 | AARON BARTON,                    |
16 |              Defendant.          |

17

18      This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19 Criminal Procedure.

20      IT IS HEREBY ORDERED that the case be unsealed made public record.

21

22 DATED: 12/3/14

23                                              _____
                                                Honorable Gary S. Austin
24                                              United States Magistrate Judge

25

26

27

28

                                         2